# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CALVARY CHAPEL DAYTON VALLEY,<br><br>*Plaintiff,*<br><br>v.<br><br>STEVE SISOLAK, in his official capacity as Governor of Nevada; AARON FORD, in his official capacity as Attorney General of Nevada; FRANK HUNEWILL, in his official capacity as Sheriff of Lyon County,<br><br>*Defendants.* | Case No.: 3:20-cv-00303-LRH-CLB<br><br>**[PROPOSED] ORDER** |

Upon consideration of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, the Memorandum and Exhibits in support thereof, any opposition, any reply thereto, and any oral argument, it is hereby:

ORDERED that Plaintiffs' motion is GRANTED because (1) Plaintiff is likely to succeed on the merits of its claims alleging violations of the First Amendment; (2) in the absence of preliminary relief, Plaintiff is likely to suffer irreparable harm in the form of denial of its constitutional rights; (3) the balance of equities tips in Plaintiff's favor; and (4) an injunction is in the public interest. *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008) (setting forth the elements required for preliminary injunctive relief).;

IT IS FURTHER ORDERED that a Temporary Restraining Order is hereby entered against Defendants.

IT IS FURTHER ORDERED that pursuant to the Order, Defendants are enjoined and ordered to refrain from enforcing those portions of the Governor's orders that limit in-person church services to 50 or fewer persons, thereby allowing Plaintiff and its congregants to resume corporate prayer and worship while following the social distancing and public health protocols Plaintiff has indicated in its complaint that it is prepared to apply.

SO ORDERED.

DATED: MAY ___, 2020

_____
United States District Judge