UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CALVARY CHAPEL DAYTON VALLEY,<br><br>Plaintiff,<br><br>v.<br><br>STEVE SISOLAK et al.,<br><br>Defendants. | Case No. 3:20-cv-00303-MMD-CLB<br><br>**TRANSFER ORDER** |

The Plaintiff initiated this action with the filing of a complaint on May 22, 2020. ECF No. 1. A complaint, alleging similar claims, was filed on May 20, 2020 in case 2:20-cv-00907-RFB-VCF. ECF No. 1. The presiding District Judges in both of these actions have individually and collectively determined that these actions are related as both involve allegations relating to restrictions placed upon places of worship by the state in response to the novel coronavirus disease ("COVID-19") pandemic. The presiding District Judges further find that there is good cause to reassign these cases to one District Judge and one Magistrate Judge pursuant to Local Rule 42-1(a) and that this transfer will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties.

IT IS THEREFORE ORDERED that case no. 3:20-cv-00303-MMD-CLB is reassigned to District Judge Richard F. Boulware, II, and Magistrate Judge Cam Ferenbach, who were assigned the earlier case, and all future pleadings shall bear case number 3:20-cv-00303-RFB-VCF.

DATED: <u>May 29, 2020.</u>

_____
MIRANDA M. DU
United States District Judge

_____
RICHARD F. BOULWARE II
United States District Judge