# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CALVARY CHAPEL DAYTON VALLEY,<br><br>*Plaintiff,*<br><br>v.<br><br>STEVE SISOLAK, in his official capacity as Governor of Nevada; AARON FORD, in his official capacity as Attorney General of Nevada; FRANK HUNEWILL, in his official capacity as Sheriff of Lyon County,<br><br>*Defendants.* | Case No.: 3:20-cv-00303-RFB-VCF<br><br>**[~~PROPOSED~~]**<br>**ORDER** |

Upon consideration of Plaintiff's Motion for Extension of Time (ECF No. 35), it is hereby ORDERED that Plaintiff's motion is GRANTED. Plaintiff shall file its reply and/or supplement in support of its Emergency Motion for Preliminary Injunction by June 4, 2020.

DATED: June 3, 2020

_____
The Honorable Richard F. Boulware II
United States District Judge