Jason D. Guinasso (SBN# 8478)
500 Damonte Ranch Pkwy, Suite 980
Reno, NV 89521
Telephone: (775) 853-8746
jguinasso@hutchlegal.com

Kristen K. Waggoner (AZ Bar 032382)*
Ryan J. Tucker (AZ Bar 034382)*
Jeremiah Galus (AZ Bar 030469)*
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
kwaggoner@adflegal.org
rtucker@adflegal.org
jgalus@adflegal.org

David A. Cortman (GA Bar 188810)*
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd. NE
Ste. D-1100
Lawrenceville, GA 30043
Telephone: (770) 339-0774
dcortman@adflegal.org

*Admitted pro hac vice

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CALVARY CHAPEL DAYTON VALLEY, | Case No. 3:20-cv-00303-RFB-VCF |
| *Plaintiff*, | |
| v. | **PLAINTIFF'S MOTION AND MEMORANDUM IN SUPPORT FOR LEAVE TO FILE POST-HEARING SUPPLEMENTAL BRIEF** |
| STEVE SISOLAK, in his official capacity as Governor of Nevada; AARON FORD, in his official capacity as Attorney General of Nevada; FRANK HUNEWILL, in his official capacity as Sheriff of Lyon County, | |
| *Defendants*. | |

Plaintiff Calvary Chapel Dayton Valley moves for leave to file the attached post-argument supplemental brief and exhibits, and in support of its motion states:

1. During the June 9, 2020, hearings in the captioned and related cases, counsel for the Defendants indicated that live entertainment events were not taking place at casinos. Nonetheless, as set forth in proposed supplemental filing, casinos are offering various types of indoor entertainment in addition to gaming, including lounge acts and indoor amusement parks.

2. Additionally, since the June 9 hearing, large numbers of people have gathered in close proximity at polling places.

3. Finally, Plaintiff seeks to clarify what it perceived as a possible misunderstanding about the distinctions between "as applied" and facial constitutional challenges.

For these reasons, Plaintiff requests that this Court grant leave to file the attached post-argument supplemental brief and related exhibits.

Submitted this 10th day of June, 2020.

1

| | |
|---|---|
| /s/ Ryan J. Tucker | |
| Kristen K. Waggoner (AZ Bar 032382)* | Jason D. Guinasso (SBN# 8478) |
| Ryan J. Tucker (AZ Bar 034382)* | 500 Damonte Ranch Pkwy, Suite 980 |
| Jeremiah Galus (AZ Bar 030469)* | Reno, NV 89521 |
| ALLIANCE DEFENDING FREEDOM | Telephone: (775) 853-8746 |
| 15100 N. 90th Street | jguinasso@hutchlegal.com |
| Scottsdale, AZ  85260 | |
| Telephone: (480) 444-0020 | |
| kwaggoner@adflegal.org | |
| rtucker@adflegal.org | |
| jgalus@adflegal.org | |

David A. Cortman (GA Bar 188810)*
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd. NE
Ste. D-1100
Lawrenceville, GA 30043
Telephone: (770) 339-0774
dcortman@adflegal.org

*Admitted pro hac vice

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2020, I caused the foregoing to be filed with the Clerk of the Court using the ECF system, which will provide electronic copies to counsel of record.

/s/ Ryan J. Tucker
Ryan J. Tucker (AZ Bar 034382)*
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ  85260
Telephone: (480) 444-0020
rtucker@adflegal.org
*Admitted pro hac vice