AARON D. FORD
  Attorney General
CRAIG A. NEWBY (Bar No. 8591)
  Deputy Solicitor General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
(775) 684-1100 (phone)
(775) 684-1108 (fax)
Email: CNewby@ag.nv.gov

*Attorneys for State Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CALVARY CHAPEL DAYTON VALLEY<br><br>Plaintiff,<br><br>vs.<br><br>STEVE SISOLAK, in his official capacity as Governor of Nevada, et al.,<br><br>Defendants. | Case No. 3:20-cv-00303-RFB-VCF<br><br>**OPPOSITION TO PLAINTIFFS' MOTION AND MEMORANDUM IN SUPPORT FOR LEAVE TO FILE POST-HEARING SUPPLEMENTAL BRIEF (ECF NO. 41)** |

The State Defendants respectfully oppose Calvary Chapel Dayton Valley's ("Calvary") motion for leave for post-hearing supplemental briefing (ECF No. 41).

Defendants understand that that Calvary disagrees with the court's preliminary decision following Tuesday's hearing.  However, the supplemental brief is a premature motion for reconsideration of the written order forthcoming from the court.  Under such circumstances, this court should deny leave for further supplemental briefing.

Brief review of the proposed supplement does not raise anything new that would change the court's preliminary decision.

*First*, the provision of Directive 021 addressing live entertainment events was addressed by the court at Tuesday's hearing, after being quoted in full in Defendants' opposition.  ECF No. 29 at 6:12-20.  More pictures that Calvary argues demonstrate

violation of Directive 021 does not demonstrate a pattern of differential enforcement that may warrant a renewed motion pursuant to the court's preliminary ruling.[1]

*Second*, pictures from the primary election ignore Nevada's significant efforts to reduce in-person voting in light of COVID-19, including the cooperative effort by the Secretary of State and each county clerk to mail ballots to each active registered voter. *See* https://www.nvsos.gov/sos/Home/Components/News/News/2823/23 (detailing mail primary plan). The Secretary of State's mail election efforts withstood multiple court challenges. *See Paher, et al. v. Cegavske, et al.*, Case No. 3:20-cv-00243-MMD-WGC at ECF No. 57 (denying first motion for temporary restraining order) and ECF No. 83 (denying second motion for temporary restraining order); *Corona, et al. v. Cegavske, et al.*, Case No. 20 OC 00064 1 B (1st Jud. Dist. Ct. Nev.). Again, these pictures do not show a pattern of differential enforcement warranting a renewed motion pursuant to the court's preliminary ruling.

*Third*, under the guise of clarifying what it considers to be a facial challenge, Calvary simply seeks to reassert arguments that the court already rejected at Tuesday's hearing. To the extent Calvary disagrees with the court, it should seek reconsideration or appeal the written decision, rather than coerce an additional round of briefing on a decided issue.

Under these circumstances, leave should not be granted for filing a post –hearing supplemental brief.

Dated: June 11, 2020.

AARON D. FORD
Attorney General

By: /s/ Craig A. Newby
   CRAIG A. NEWBY (Bar No. 8591)
   Deputy Solicitor General
   State of Nevada
   Office of the Attorney General
   555 E. Washington Avenue, Suite 3900
   Las Vegas, NV 89101

---

[1] As noted in Defendants' Response to Supplement, regulatory authority over gaming establishments lies with the Gaming Commission and it would be inappropriate for Defendants to comment on whether or what discipline may occur premised on these pictures. ECF No. 39 at 5:28-28.

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on this 11th day of June, 2020, I electronically filed the foregoing document, **OPPOSITION TO PLAINTIFFS' MOTION AND MEMORANDUM IN SUPPORT FOR LEAVE TO FILE POST-HEARING SUPPLEMENTAL BRIEF (ECF NO. 41)**, with the Clerk of the Court by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ *Kristalei Wolfe*
Kristalei Wolfe
State of Nevada,
Office of the Attorney General