UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

# DESIGNATION OF TRANSCRIPTS
# TO BE USED IN RECORD ON APPEAL

District Court Case Number: _____

Court of Appeals Case Number: _____

Case Caption: _____

_____ Transcripts are **NOT** required for this appeal.

The undersigned hereby designates the following transcripts to be used in the record on appeal for the above listed case and appeal:

| Date of Hearing | Docket Number | Proceeding | Recorder/ Reporter | Transcript Filed Yes/No |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Date: _____        _____
                                      Signature

                                      _____
                                      Print Name

                                      _____
                                      Appellant/Appellee

# INSTRUCTIONS FOR DESIGNATING TRANSCRIPTS FOR APPEALS AND ORDERING TRANSCRIPTS

### *Designating Transcripts*:

The attached "Designation of Transcripts to be Used in Record on Appeal" form must be prepared for **ALL APPEAL CASES**.

Pursuant to Circuit rule 10-3.1 and 10-3.2 the appellant must coordinate preparation of the designation of transcripts with the appellee. The designation must be filed with the District Court within 30 days from the date of filing a notice of appeal in a civil case and 21 days in a criminal case.

Please note that the designation must be filed even if transcripts are not needed for the appeal. The line "Transcripts are **NOT** required for this appeal" should be used for this purpose.

It is necessary to designate all transcripts needed for the appeal even those which have already been prepared and filed. Please note whether the transcript has been filed in the last column of the designation form.

Electronically file the "Designation of Transcripts to be Used in Record on Appeal" form on the U.S. District Court's electronic filing system.

### *Ordering Transcripts:*

If a designated transcript has not been previously ordered and filed, it is necessary to also order the transcripts separately.  For non-CJA, an "AO 435 Transcript Order" form must be submitted to the court.  For CJA appointed counsel, a "CJA 24 Authorization and Voucher for Payment of Transcript" must be submitted through the court's electronic voucher management system, CJA eVoucher.

Please note that separate transcript order forms must be used for each individual court reporter. One order form may be used for all recorded hearings.

A copy of the "Designation of Transcripts to be Used in Record on Appeal" form should be attached to the transcript order form or uploaded as an attachment to the authorization request in the eVoucher system.