
# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CALVARY CHAPEL DAYTON VALLEY,<br><br>*Plaintiff*,<br><br>v.<br><br>STEVE SISOLAK, in his official capacity as Governor of Nevada; AARON FORD, in his official capacity as Attorney General of Nevada; FRANK HUNEWILL, in his official capacity as Sheriff of Lyon County,<br><br>*Defendants*. | Case No.: 3:20-cv-00303-RFB-VCF |
| CALVARY CHAPEL LONE MOUNTAIN, a Nevada Non-profit Organization,<br><br>*Plaintiff*,<br><br>v.<br><br>THE HONORABLE STEPHEN S. SISOLAK, in his official capacity as Governor of the State of Nevada, AARON DARNELL FORD, in his official capacity as the Attorney General of the State of Nevada, JUSTIN LUNA, in his official capacity as Chief of the Nevada Division of Emergency Management; DOES 1-100,<br><br>*Defendants*. | Case No.: 2:20-CV-00907-RFB-VCF |

**JOINT STATUS REPORT AND PROPOSED ORDER**

Plaintiffs and Defendants in each of the above-styled cases submit the following Joint Status Report per the Court's order. The parties have conferred regarding the status of these two cases and submit the following:

On January 8, 2021, the United States Supreme Court will consider Calvary Chapel Dayton Valley's petition for a writ of certiorari. Due to the immediate pendency of that petition, judicial economy, and the injunction issued by the Ninth Circuit, the parties jointly ask the Court to stay the above-styled cases pending resolution of the petition for writ of certiorari and to order that the injunction of the United States Court of Appeals for the Ninth Circuit remain in effect until further ruling by this Court. The parties further agree that they shall file a joint status report within seven (7) days of the United States Supreme Court's ruling on Calvary Chapel Dayton Valley's petition for writ of certiorari, unless otherwise ordered by the Court.

At the December 28, 2020 hearing, counsel for Governor Steve Sisolak represented that the State would abide by the Ninth Circuit's injunction, did not expect, based on the Governor's public statement, any increase in any gathering occupancy limit prior to January 15, 2021, but would immediately notify all parties and this Court should there be any such change.

1  Respectfully submitted this 4th day of January, 2021.

2

3  s/ Ryan J. Tucker
Kristen K. Waggoner (AZ Bar 032382)*
4  Ryan J. Tucker (AZ Bar 034382)*
Jeremiah Galus (AZ Bar 030469)*
5  ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
6  Scottsdale, AZ  85260
7  Telephone: (480) 444-0020
kwaggoner@ADFlegal.org
8  rtucker@ADFlegal.org
jgalus@ADFlegal.org
9

10  David A. Cortman (GA Bar 188810)*
ALLIANCE DEFENDING FREEDOM
11  1000 Hurricane Shoals Rd. NE
Ste. D-1100
12  Lawrenceville, GA 30043
13  Telephone: (770) 339-0774
dcortman@ADFlegal.org
14

15  Jason D. Guinasso (SBN# 8478)
500 Damonte Ranch Pkwy, Suite 980
16  Reno, NV 89521
Telephone: (775) 853-8746
17  jguinasso@hutchlegal.com

18
ATTORNEYS FOR CALVARY
19  CHAPEL DAYTON VALLEY

20  *Admitted pro hac vice

s/ Sigal Chattah
Sigal Chattah, Esq.
Nevada Bar No.: 8264
CHATTAH LAW GROUP
5875 S. Rainbow Blvd #203
Las Vegas, NV 89118
Telephone: (702) 360-6200
Chattahlaw@gmail.com

ATTORNEY FOR CALVARY CHAPEL
LONE MOUNTAIN

s/ Craig A. Newby
Craig A. Newby
Nevada Bar No.: 8591
Office of the Attorney General
100 N. Carson Street
Carson City, NV 89701
Telephone: (775) 684-1206
cnewby@ag.nv.gov

ATTORNEY FOR GOVERNOR
SISOLAK AND ATTORNEY
GENERAL FORD

s/ Brian R. Hardy
Brian R. Hardy
Nevada Bar No.: 10068
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, NV 89145
702-382-0711
bhardy@maclaw.com

ATTORNEY FOR SHERIFF
HUNEWILL

21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2021, I caused the foregoing Joint Status Report to be filed with the Clerk of the Court using the ECF system, which will provide electronic copies to counsel of record.

<u>/s/ Ryan J. Tucker</u>
Ryan J. Tucker (AZ Bar 034382)*
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ  85260
Telephone: (480) 444-0020
rtucker@ADFlegal.org

**Admitted pro hac vice*

**ORDER**

Based upon the parties' joint status report, it is hereby ordered that this case is stayed pending resolution of the petition for writ of certiorari filed by Calvary Chapel Dayton Valley at the United States Supreme Court. The injunction of the United States Court of Appeals for the Ninth Circuit shall remain in effect until further ruling by this Court. The parties are further ordered to file a joint status report within seven (7) days of the United States Supreme Court's ruling on Calvary Chapel Dayton Valley's petition for writ of certiorari.

Dated this __5th__ day of January 2021.

_____
RICHARD F. BOULWARE, II
United States District Judge